**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DARRELL L. LEATH, Inmate #J19153,

    Plaintiff,

vs.                                          Case No. 3:07cv191/MCR/EMT

HENRY DAVIS, et. al.

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 27, 2007. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

    **DONE AND ORDERED** this 1st day of October, 2007.


                                                    *s/ M. Casey Rodgers*
                                                   **M. CASEY RODGERS
                                                   UNITED STATES DISTRICT JUDGE**